# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

UNITED STATES OF AMERICA,

Plaintiff,

v.

SHEILA BLACKMORE and WILLIAM BLACKMORE,

Defendants.

C20-966 TSZ

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) Plaintiff is DIRECTED to serve copies of the pending motion to substitute defendant, docket no. 17, all papers filed in support thereof, and this Minute Order on William G. Knudsen, Personal Representative of the Estate of William Blackmore and to file proof of such service on or before February 25, 2021.  Plaintiff's motion to substitute defendant, docket no. 17, is RENOTED to March 12, 2021.  Any response shall be filed by March 8, 2021, and any reply shall be filed by the new noting date.

(2) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 18th day of February, 2021.

William M. McCool
Clerk

s/Gail Glass
Deputy Clerk

MINUTE ORDER - 1