The Honorable Thomas S. Zilly

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> SHEILA BLACKMORE and WILLIAM BLACKMORE, <br><br> Defendants. | C20-966 TSZ <br><br> **ORDER GRANTING SUBSTITUTION OF DEFENDANT** |

This comes before the Court on the United States' motion to substitute William Knudsen (personal representative of the Estate of William Blackmore) in as a defendant in the place of William Blackmore, docket no. 17. Having considered all filings, and finding good cause, the Court hereby ORDERS:

1. The United States' motion is GRANTED;

U.S. DEPARTMENT OF JUSTICE
Tax Division, Western Region
P.O. Box 683
Washington, D.C. 20044
Telephone: 202-616-3395

2. William Knudsen, as personal representative of the Estate of William Blackmore, is substituted in as defendant in the place of William Blackmore.

3. William Knudsen, as personal representative of the Estate of William Blackmore, has an additional 21 days after this Order is entered to answer or otherwise respond to the Complaint.

4. The Court caption, going forward, is hereby modified to include William Knudsen, as personal representative of the Estate of William Blackmore, in place of William Blackmore.

IT IS SO ORDERED.

Dated March 16, 2021

Thomas S. Zilly
United States District Judge

Respectfully submitted by:

DAVID A. HUBBERT
Acting Assistant Attorney General

/s/ Dylan Cerling
DYLAN C. CERLING
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 683
Washington, D.C. 20044
202-616-3395 (v)
202-307-0054 (f)
Dylan.C.Cerling@usdoj.gov