UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

UNITED STATES OF AMERICA,

            Plaintiff,

    v.

SHEILA BLACKMORE and
WILLIAM KNUDSEN, as personal
representative of the ESTATE OF
WILLIAM BLACKMORE,

            Defendants.

C20-966 TSZ

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1)     On or before April 30, 2021, the parties shall file a Joint Status Report that addresses how the case should proceed in light of the default entered against Defendant Sheila Blackmore.  See docket no. 14.

(2)     The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 22nd day of April, 2021.

William M. McCool
Clerk

s/Gail Glass
Deputy Clerk

MINUTE ORDER - 1