UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

UNITED STATES OF AMERICA,

    Plaintiff,

v.

SHEILA BLACKMORE and WILLIAM KNUDSEN, as personal representative of the ESTATE OF WILLIAM BLACKMORE,

    Defendants.

C20-966 TSZ

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1)    Having reviewed the parties' Joint Status Report, docket no. 26, the Court DIRECTS that Defendant Sheila Blackmore shall file any motion to vacate default by June 7, 2021.

(2)    The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 6th day of May, 2021.

William M. McCool
Clerk

s/Gail Glass
Deputy Clerk

MINUTE ORDER - 1