UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

UNITED STATES OF AMERICA,

    Plaintiff,

v.

SHEILA BLACKMORE; and WILLIAM KNUDSEN, as personal representative of the ESTATE OF WILLIAM BLACKMORE,

    Defendants.

C20-966 TSZ

MINUTE ORDER

    The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

    (1)    Defendant Sheila Blackmore's unopposed motion to set aside default, docket no. 28, is GRANTED. The default entered against defendant Blackmore on December 30, 2020, by Order of the Clerk, docket no. 14, is hereby VACATED.

    (2)    The deadline for defendant Blackmore to file any responsive pleading or motion is July 26, 2021.

    (3)    The parties are DIRECTED to file a Joint Status Report by August 9, 2021.

    (4)    The Clerk is directed to send a copy of this Minute Order to all counsel of record.

    Dated this 30th day of June, 2021.

    William M. McCool
    Clerk

    s/Gail Glass
    Deputy Clerk

MINUTE ORDER - 1