1

2

3

4

5

6

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

7

8

9

10

11

12

13

UNITED STATES OF AMERICA,

Plaintiff,

v.

SHEILA BLACKMORE; and
WILLIAM KNUDSEN, as personal
representative of THE ESATATE OF
WILLIAM BLACKMORE,

Defendant.

C20-0966 TSZ

ORDER AND STIPULATED
JUDGMENT

14   THIS MATTER comes before the Court on the stipulated motion for judgment,

15  docket no. 44.  Having reviewed all papers filed in support of, and in opposition to, the

16  motion, the Court enters the following order and judgment.

17      1.  Judgment is hereby entered in favor of the United States, and against William

18          Knudsen as Personal Representative of the Estate of William Blackmore, for

19          William Blackmore's 2005, 2007, and 2008 individual income tax periods, in

20          the amount of $193,146.09, as of March 15, 2023, plus interest and statutory

21          additions accruing after that date.

22

23

ORDER and stipulated judgment - 1

2.  Judgment is hereby entered in favor of the United States, and against Sheila

    Blackmore, for Sheila Blackmore's 2005, 2007, and 2008 individual income

    tax periods, in the amount of $280,754.10 as of March 15, 2023, plus interest

    and statutory additions after that date.

IT IS SO ORDERED.

Dated this 5th day of May, 2023.

_____
Thomas S. Zilly
United States District Judge

ORDER and stipulated judgment - 2